JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELLERY DENNIS THOMAS, | ) | Case No. 5:19-cv-00850-JAK-JC |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| MADDEN, Warden, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed with prejudice.

DATED: February 13, 2020

_____
John A. Kronstadt
United States District Judge